PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Gregory Guido            Cr.: 03CR460-01

Name of Sentencing Judicial Officer: The Honorable Dickenson R. Debevoise, U.S. District Judge

Date of Original Sentence: 09/07/04

Original Offense: Conspiracy to Possess Stolen Goods

Original Sentence: 8 months imprisonment, 3 years supervised release, drug treatment, alcohol treatment, domestic violence counseling, mental health treatment, financial disclosure, no new debt, $122,785.01 restitution, $100 special assessment.

Type of Supervision: Supervised Release        Date Supervision Commenced: 02/29/05

Assistant U.S. Attorney: Judith Germano        Defense Attorney: Michael D'Alessio Jr.

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'<br><br>On January 12, 2007, during an office visit, Guido was instructed to report on January 14, 2007. He failed to report as directed. |
| 2 | The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'<br><br>Guido has failed to submit month reports for January, February, September, October, December 2006 and January 2007. |

3     The offender has violated the supervision condition which states '**You shall support your dependents and meet other family responsibilities.**'

Guido has failed to submit regular child support payments since September 19, 2006. Guido has been court ordered to make payments for two of his children. The child support arrearage totals $53,708.10 due to his failure to make payments. A warrant has been issued, by Middlesex County Family Court, for his arrest for his failure to pay child support.

4     The offender has violated the supervision condition which states '**You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.**'

Guido has failed to provide pay stubs since April of 2006. Therefore, it appears Guido may not be employed lawfully.

5     The offender has violated the supervision condition which states '**As a condition of supervision, you are instructed to pay restitution in the amount of $122,785.01; it shall be paid in the following manner: $250 per month.**'

Guido was instructed by the court to make monthly payments of $250. He has failed to comply with the court ordered scheduled. To date, Mr. Guido has made payments totaling $600.00 since his release on February 29, 2005. In that time period, Guido should have made payments totaling approximately $5,100.

I declare under penalty of perjury that the foregoing is true and correct.

By: Karen L. Merrigan
U.S. Probation Officer
Date: 02/13/07

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

Feb. 20, 2007
Date