PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of offender: Gregory Guido                                    Cr.: 03CR460-01

Name of Sentencing Judicial Officer: The Honorable Dickenson R. Debevoise, U.S. District Judge

Date of Original Sentence: 09/07/04

Original Offense: Conspiracy to Possess Stolen Goods

Original Sentence: 8 months imprisonment, 3 years supervised release, drug treatment, alcohol treatment, domestic violence counseling, mental health treatment, financial disclosure, no new debt, $122,785.01 restitution, $100 special assessment

Violation of TSR Sentence (11/13/07) : 11 months imprisonment, 2 years supervised release, drug treatment, alcohol treatment, mental health counseling, financial disclosure, no new debt, $122,785.01 restitution, $100 special assessment.

Type of Supervision: Supervised Release                    Date Supervision Commenced: 05/08/09

Assistant U.S. Attorney: Judith Germano                    Defense Attorney: Lisa Mack, AFPD

### PETITIONING THE COURT

[X]  To issue a warrant
[ ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit a federal, state or local crime."** |
| | On December 31, 2009, Guido was charged in Middletown, New Jersey with aggravated assault in violation of N.J.S.A. 2C:12-1B and harrassment in violation of N.J.S.A. 2C:33-4E. Specifically, Guido caused bodily injury to his girlfriend by punching her in the head numerous times and kicking her while she was on the ground. His girlfriend lost consciousness and had swelling to her scalp. |
| 2 | The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.'** |
| | Guido has failed to submit month reports for the months of March, April, May, June, August, October, and November 2009. |

PROB 12C - Page 2
Gregory Guido

3          The offender has violated the supervision condition which states '**You shall
            support your dependents and meet other family responsibilities.**'

            Guido has failed to submit any child support payments since his release from
            imprisonment. Guido has been court ordered to make child support payments for
            two of his children. The support arrearage totals $54,279.01 due to his failure
            to make payments. An arrest warrant has been issued, by Monmouth County
            Family Court, for his failure ot pay child support.

4          The offender has violated the supervision condition which states '**You shall
            work regularly at a lawful occupation unless excused by the probation
            officer for schooling, training or other acceptable reasons.**'

            Guido has failed to provide the probation office with any verification of lawful
            employment. He has failed to provide employment pay stubs or tax related
            documents since his release from imprisonment. As such, he has not maintained
            lawful employment.

5          The offender has violated the supervision condition which states '**As a condition
            of supervision, you are instructed to pay restitution in the amount of
            $122,785.01; it shall be paid int he following manner: $250 per month**'

            Guido was instructed by the Court to make monthly restitution payments of $250.
            He has failed to comply with the Court ordered schedule. Guido has made
            payments totaling $240 since his release on May 3, 2008. He should have made
            payments totaling $4,250.

            I declare under penalty of perjury that the foregoing is true and correct.

                                              By: Karen L. Merrigan
                                                   U.S. Probation Officer
                                                   Date: 01/04/10

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

                                              _____
                                                   Signature of Judicial Officer


                                              _____
                                                   Date